# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XOCHITL VIVANCO DUENAS., | 1:14-cv-0406-AWI-JLT |
| Plaintiff, | **ORDER VACATING HEARING DATE AND TAKING MATTER UNDER SUBMISSION** |
| v. | |
| OCWEN LOAN SERVICING LLC, MTC FINANCIAL, INC. dba TRUSTEE CORPS., and FEDERAL HOME LOAN MORTGAGE CORP., | |
| Defendants. | |

On April 1, 2014, Defendant MTC FINANCIAL INC. dba TRUSTEE CORPS filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). The motion is set for hearing on May 5, 2014. Plaintiff XOCHITL DUENAS filed an opposition on April 8, 2014. Defendant filed its reply on April 28, 2014. Having reviewed the pleadings of record and all competent and admissible evidence submitted, the Court finds this matter suitable for decision without oral argument. *See* Eastern District Local Rule 230(g). The hearing date of May 5, 2014 is hereby VACATED and the parties shall not appear at that time. The Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:   April 30, 2014                                    _____
                                                                             SENIOR  DISTRICT  JUDGE

1