# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XOCHITL VIVANCO DUENAS, an individual,<br><br>             Plaintiff,<br><br>      v.<br><br>OCWEN LOAN SERVICING, LLC; MTC FINANCIAL, INC., dba TRUSTEE CORP; and DOES 1 through 20, incl.,<br><br>             Defendants.<br>_____/ | 1:14-cv-0406-AWI-JLT<br><br>**ORDER VACATING HEARING DATE AND TAKING MATTER UNDER SUBMISSION** |

On April 17, 2014, Defendants Ocwen Loan Servicing, LLC and Federal Home Loan Mortgage, filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). The motion is set for hearing on June 9, 2014, at 1:30 p.m.. Plaintiff Xochitl Vivanco Duenas filed an opposition on May 15, 2014. Defendants filed their reply on June 2, 2014. Having reviewed the pleadings of record and all competent and admissible evidence submitted, the Court finds this matter suitable for decision without oral argument. *See* Eastern District Local Rule 230(g). The hearing date of June 9, 2014 is hereby VACATED and the parties shall not appear at that time. The Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:   June 3, 2014                                                                    
                                        SENIOR  DISTRICT  JUDGE

1