**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| XOCHITL VIVANCO DUENAS, | ) Case No.: 1:14-cv-00406- JLT |
| Plaintiff, | ) ORDER AFTER NOTICE OF SETTLEMENT |
| v. | ) (Doc. 44) |
| OCWEN LOAN SERVICING, LLC, et al., | ) |
| Defendants. | ) |

The parties have notified the Court that the matter has conditionally settled. (Doc. 44) They request time to finalize the settlement agreement. Id. at 2. Therefore the Court **ORDERS:**

1. The stipulated request for dismissal **SHALL** be filed no later than October 31, 2014;

2. All pending dates, conferences and hearings are **VACATED** and any pending motions are ordered **TERMINATED**.


IT IS SO ORDERED.

Dated:   **October 10, 2014**          **/s/ Jennifer L. Thurston**
                                       UNITED STATES MAGISTRATE JUDGE

1