UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XOCHITL VIVANCO DUENAS,<br><br>             Plaintiff,<br><br>      v.<br><br>OCWEN LOAN SERVICING, LLC, et al.,<br><br>             Defendants. | Case No.: 1:14-cv-00406- JLT<br><br>ORDER GRANTING THE PARTIES AN EXTENSION TO FILE A STIPULATED REQUEST FOR DISMISSAL<br><br>(Doc. 46) |

On October 31, 2014, the parties filed a request for an extension of time to file their stipulated request for dismissal. (Doc. 46.) The parties report they "are in the process of collecting signatures on the settlement agreement, and request fourteen (14) days to finalize the settlement agreement." (*Id.* at 2.) Good cause appearing, **IT IS HEREBY ORDERED**:

1. The request for an extension of time is **GRANTED**; and
2. The parties **SHALL** file a stipulated request for voluntary dismissal no later than **November 14, 2014**.

IT IS SO ORDERED.

Dated:   **November 4, 2014**             **/s/ Jennifer L. Thurston**
                                                              UNITED STATES MAGISTRATE JUDGE

1