**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| XOCHITL VIVANCO DUENAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OCWEN LOAN SERVICING, LLC, et al.,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 1:14-cv-00406 -JLT<br><br>ORDER DIRECTING THE CLERK TO CLOSE THE ACTION |

On November 14, 2014, Plaintiff filed a request for dismissal of the action pursuant to Rule 41 of the Federal Rules of Civil Procedure, which provides that "the plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). (Doc. 49.) Because Defendants have not filed an answer or a request for summary judgment, Plaintiff's request complies with Rule 41. Accordingly, the Court **ORDERS**:

　　1.　　The matter is **DISMISSED WITH PREJUDICE**; and

　　2.　　The Clerk of the Court is **DIRECTED** to close this matter.

IT IS SO ORDERED.

　　Dated:　**November 17, 2014**　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE